IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ERICA HAYWOOD,
   Petitioner,
     v.

BEXAR COUNTY ADULT
DETENTION CENTER,
   Respondent.

CIVIL ACTION FILE
NO. 1:12-CV-2918-TWT

ORDER

This is a pro se habeas corpus action by a person imprisoned in Texas. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending that the action be dismissed without prejudice. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice. The Plaintiff's Emergency Motion for Release [Doc. 4] is DENIED as moot.

SO ORDERED, this 20 day of November, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\12\Haywood\r&r.wpd